# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JENNY EMMONS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0104-CG-M |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) |
| **LLC, EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., TRANS UNION, LLC,** | ) |
| **and SUNTRUST BANK, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This cause is before the court on the stipulation for dismissal without prejudice signed by counsel for the plaintiff and counsel for SunTrust Bank, Inc. (Doc. 30). The stipulation is not signed by all parties to this action pursuant to Rule 41(a). If no opposition to the stipulation is filed **on or before May 19, 2009**, plaintiff's claims against SunTrust Bank, Inc. will be deemed dismissed without prejudice, each party to bear her or its own costs, without further order from the court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 12th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE