**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JENNY EMMONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 09-0104-CG-M** |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon due consideration of the parties' joint stipulation for dismissal of claims against

Equifax Information Services, LLC (Doc. 65),  all claims in this matter are hereby **DISMISSED**

**WITH PREJUDICE**.  Each party shall bear her or its own costs.

**DONE** and **ORDERED** this 5th day of November, 2009.


                                                    /s/ Callie V. S. Granade
                                              CHIEF UNITED STATES DISTRICT JUDGE