IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNY EMMONS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0104-CG-M |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon due consideration of the parties' joint stipulation for dismissal of claims against Equifax Information Services, LLC (Doc. 65), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs.

**DONE** and **ORDERED** this 5th day of November, 2009.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE